UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        V.                              Case No.   1:13cr084

Abubakar Atiq Durrani,                 Judge Michael R. Barrett

    Defendant.

**ORDER**

This matter is before the Court pursuant to a hearing conducted November 25, 2013 on Defendant's Motion for Continuance of Trial Date (Doc. 43); Government's Memorandum Opposing Defendant's Motion for Continuance of Trial (Doc. 44) and Defendant's Reply in Support (Doc. 45).

The Court finds that the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial and declares this matter to be complex pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii) and (B)(iii).  For good cause shown, the Court **GRANTS** Defendant's Motion (Doc. 43) and continues the currently set trial date of January 13, 2014.  A continuance is essential in order that defense counsel has adequate time to prepare for trial and/or effectively negotiate a possible resolution to this matter prior to trial.

The Defendant has further executed in open court a waiver of speedy trial through and including a mutually agreed upon date of the Parties.

This matter shall proceed as follows:

1. Motion filing deadline: **June 1, 2014**

2. Jury Trial: **August 18, 2014, at 9:30 am, Courtroom 109**

**IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge