# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 1:13-cr-084 |
| Plaintiff, | Judge Michael R. Barrett |
| **v.** | |
| **ABUBAKAR ATIQ DURRANI**, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Glenn V. Whitaker, Eric W. Richardson, Joseph M. Brunner, Aaron J. Stuckey, and the law firm of Vorys, Sater, Seymour and Pease (collectively "Vorys") move for permission to withdraw as counsel of record in this matter for defendant Abubakar Atiq Durrani. Good cause exists to permit this withdraw under the Ohio Rules of Professional Conduct, as the defendant has fled the United States and fundamental disagreements between Vorys and the defendant have developed, communication between Vorys and the defendant has ceased, and the defendant has failed to fulfill financial obligations to Vorys for its services. Vorys requests that this withdraw take effect immediately upon entry of the order granting this motion. A draft order is attached for the Court's consideration.

Respectfully submitted,

/s/ Glenn V. Whitaker
Glenn V. Whitaker (0018169)
Eric W. Richardson (0066530)
Joseph M. Brunner (0085485)
Aaron J. Stucky (0088355)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
Tel:   (513) 723-4000
Fax:   (513) 723-4056
Email: gvwhitaker@vorys.com
       ewrichardson@vorys.com
       jmbrunner@vorys.com
       ajstucky@vorys.com

*Counsel for Defendant Abubakar Atiq Durrani*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw was filed on January 17, 2014 via the Court's CM/ECF system, which will give notice of this filing to all counsel of record. Counsel may access this filing through the Court's CM/ECF system. A copy of this Motion to Withdraw was also served via regular United States mail on defendant at his last known address.

/s/ Glenn V. Whitaker
Glenn V. Whitaker